# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Charles Lindburg Bell | Case No: 4:11-CR-23-1H<br>USM No: 24097-056 |
| Date of Original Judgment: November 9, 2011<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | Halerie Costello<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a modification of an imposed term of imprisonment to the extent otherwise expressly permitted by statute and as provided by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  151  months **is reduced to**  110 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Having considered all the factors under 3553(a), including that the defendant would not be a career offender if sentenced today and due to his post-sentencing rehabilitation, the court varies downwardly from the guideline range. Therefore, the court is varying downwardly to a sentence of 110 months. The court is aware of the sentence of 29 months in 4:04-CR-87-2H.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as otherwise provided, all provisions of the judgment(s) dated  November 9, 2011, shall remain in effect. **IT IS SO ORDERED.**

Order Date:  8/13/2020

Effective Date: _____
*(if different from order date)*

Malcolm J. Howard   Senior U.S. District Judge
*Printed name and title*